# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                          NO. 4:01CR00098-004 SWW

SHAKENNA WILLIAMS                                                                            DEFENDANT

## ORDER

The above entitled cause came on for hearing July 9, 2013 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued for a period of 90 days to see how defendant will comply with the conditions of supervised release.

Defendant is to continue to be under supervision and is reminded that she shall comply with and abide by all of the conditions of supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

The hearing on the government's motion for revocation of supervised release in this matter is continued until *1:00 P.M. on THURSDAY, OCTOBER 10, 2013*, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 11th day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE