# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                       NO. 4:01CR00098-004 SWW

SHAKENNA WILLIAMS                                       DEFENDANT

### **ORDER**

The above entitled cause came on for hearing December 5, 2013 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. Upon agreement by the parties, the Court found that the revocation hearing should be continued.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until **WEDNESDAY, FEBRUARY 5, 2014 AT 1:00 P.M.** in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

Defendant is to continue to be under supervision and is reminded that she shall comply with and abide by all of the conditions of her supervised release.

IT IS SO ORDERED this 5th day of December 2013.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE