IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                          NO.  4:01CR00098-004 SWW

SHAKENNA WILLIAMS                                                     DEFENDANT

## **ORDER**

The above entitled cause came on for final hearing February 5, 2014 on the government's superseding motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  There being no objection by the government, the Court finds that the petition for revocation should be dismissed.

IT IS SO ORDERED that the government's superseding petition to revoke defendant's supervised release [doc #528] is **DISMISSED** with prejudice.  The defendant is to continue to be under supervision and shall comply and abide by all of the conditions of her supervised release.

DATED this 6th day of February 2014.

/s/Susan Webber Wright
United States District Judge